**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Seljit Benito Lopez, | ) | Case No.: 1:26-cr-00169 |
| | ) | |
| Defendant. | ) | |

---

On November 16, 2026, the court issued an Order conditionally releasing Defendant on November 18, 2026, to reside at a recreational vehicle owned by his brother in a trailer parking lot. (Doc. No. 34).

On November 18, 2026, United States Probation and Pretrial Services advised the court that the proposed release option to the recreational vehicle is not presently available, as no recreational vehicle is currently owned by Defendant's brother. There court is further not aware of any alternative release option of a kind that has been approved by United States Probation and Pretrial Services or has a level of security and supervision the court would require. Accordingly, the court **VACATES** its previous Order (Doc. No. 34), and **ORDERS** Defendant to immediately surrender to the custody of the United States Marshal at the Ward County Detention Center.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court